IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES A. FANNINGS JR.**                                          **PETITIONER**

**V.**                                **NO. 4:18-CV-193-DMB-JMV**

**STATE OF MISSISSIPPI**                                        **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, James A. Fannings, Jr.'s petition for a writ of habeas corpus [1] is **DENIED**. A certificate of appealability is **DENIED.**

**SO ORDERED**, this 10th day of February, 2022.

                                                                        **/s/Debra M. Brown**
                                                                        **UNITED STATES DISTRICT JUDGE**